```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03769
   WAYNE E MYLES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7895


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/02/2007 and was confirmed 08/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  44.00%.

     The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FIRST TENNESSEE BANK NA    CURRENT MORTG         .00              .00            .00
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00              .00            .00
MEADOWS CREDIT UNION       SECURED VEHIC     3700.00            26.82         520.41
MEADOWS CREDIT UNION       UNSECURED         2929.43              .00            .00
AMERICAN EXPRESS CENTURI   UNSECURED          573.86              .00            .00
CAPITAL ONE                UNSECURED        16349.02              .00            .00
CHASE                      UNSECURED        NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        24002.69              .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        13823.51              .00            .00
FIA CSNA                   UNSECURED        NOT FILED             .00            .00
GEMB/WALMART               UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        15201.81              .00            .00
ECAST SETTLEMENT CORP      UNSECURED        28261.00              .00            .00
ECAST SETTLEMENT CORP      UNSECURED        14545.76              .00            .00
SHELL/CITI                 UNSECURED        NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          616.06              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED           89.97              .00            .00
FIRST TENNESSEE BANK NA    NOTICE ONLY      NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,364.00                         1,827.98
TOM VAUGHN                 TRUSTEE                                              174.79
DEBTOR REFUND              REFUND                                                  .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              2,550.00

PRIORITY                                         .00
SECURED                                       520.41
   INTEREST                                    26.82
UNSECURED                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03769 WAYNE E MYLES
```

```
ADMINISTRATIVE                                             1,827.98
TRUSTEE COMPENSATION                                         174.79
DEBTOR REFUND                                                   .00
                                       ---------------  ---------------
TOTALS                                        2,550.00         2,550.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE